1

2

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

4

5                                                    * * *

6    ANDY DONALD PEARSON,                        Case No. 3:25-cv-00172-ART-CSD

7                           Plaintiff,                          ORDER

              v.
8
     FBI, et al.,
9
                            Defendants.
10

11          The First Amended Complaint in this action was filed on April 2, 2025

12   (ECF No. 5).   The Court issued a notice of intent to dismiss defendants FBI,

13   Michelle Lyn Johnson, Caroline Amelia Pearson, Geoffrey Manley, UCSF, David

14   Mastagni, and Unknown Federal Agents under Fed. R. Civ. P. 4(m) unless proof

15   of service is filed by July 31, 2025. (ECF No. 7.)  To date, no such proof of service

16   has been filed.  Accordingly, it is therefore ordered that the claims against the

17   aforementioned defendants are dismissed without prejudice.

18          DATED THIS 4th day of September 2025.

19

20   _____

21   Anne R. Traum
     United States District Court Judge
22

23

24

25

26

27

28

1